Hugh B. Hatton, Plaintiff in Error, vs. The Citizens National Bank of Pensacola, a corporation under the laws of the United States, Defendant in Error.

Writ of Error to Circuit Court, Escambia county.

*Blount & Blount*, for Plaintiff in Error.

*William Fisher and E. D. Beggs*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed because no final judgment is shown by the transcript of record.

---

Hugh B. Hatton, Plaintiff in Error, vs. Louis Wyler, Isaac A. Wyler, William Ackerland, Max. Ackerland and A. E. Wyler, doing business under the firm name of Wyler, Ackerland & Co., Defendants in Error.

Writ of Error to Circuit Court, Escambia county.

*Blount & Blount*, for Plaintiff in Error.

*William Fisher and E. D. Beggs*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed because no final judgment is shown by the transcript of record.